Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. (Admitted Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RANDOLPH,<br><br>Plaintiff,<br><br>V.<br><br>PRINCESS CRUISE LINES, LTD.<br>        Defendant | **CASE NO.: 2:20-CV-05546-RGK-SK**<br><br>Judge: Hon. R. Gary Klausner<br><br>Magistrate: Hon. Steve Kim<br><br>**JOINT STIPULATION PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii) TO DISMISS COMPLAINT**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim |

      **WHEREAS,** the parties have reached a settlement of all claims by all Plaintiff against all Defendants and have agreed jointly to stipulate to the dismissal of the Complaint in its entirety in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

**NOW THEREFORE**, it is hereby stipulated as follows:

The Complaint shall be dismissed in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without costs to any party, and the Court shall retain jurisdiction to enforce the settlement.

IT IS SO STIPULATED.

Dated; July 28, 2021

>
> Debi F. Chalik
> CHALIK AND CHALIK, P.A.
> Attorneys for Plaintiff
> 10063 N.W. 1st Court
> Plantation, Florida 33324
> Tel.: (954) 476-1000
>
> By /s/ Debi F. Chalik
>     DEBI F. CHALIK
>     Florida Bar No. 179566
>
> Michael A. Simmrin
> Simmrin Law Group
> 3500 W. Olive Avenue
> Suite 300
> Burbank, CA 91505
> Tel.: (954) 476-1000
>
> By: *Michael Simmrin*
> MICHAEL A. SIMMRIN
> California Bar No.238092

| | | |
|---|---|---|
| 1 | Dated: July 28, 2021 | Maltzman & Partners |
| 2 | | By: /s/ Jeffrey B. Maltzman |
| 3 | | Jeffrey B. Maltzman |
| | | Rafaela Castells |
| 4 | | Ed Nield |
| 5 | | Gabrielle Nield |
| 6 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| 7 | | By: /s/ Jonathan W.Hughes |
| 8 | | Jonathan W. Hughes |

Jonathan W. Hughes (SBN: 186829)
jonathan.hughes@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:    (415) 471-3400
*Attorneys for Defendant, Princess Cruise Lines LTD.*